# Buchanan Ingersoll & Rooney PC

**Stuart P. Slotnick**
212 440 4435
stuart.slotnick@bipc.com

1290 Avenue of the Americas
30th Floor
New York, NY 10104
T 212 440 4400
F 212 440 4401
www.bipc.com

April 1, 2016

**VIA OVERNIGHT MAIL AND ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

      Re: Magier, et al. v. Trader Joe's Company, et al.
          No. 16-cv-00043 (PGG)

Dear Judge Gardephe:

      This firm represents Defendants Trader Joe's Company and Trader Joe's East Inc. ("Defendants") in this matter. We write jointly with counsel for Plaintiffs Sarah Magier and Atzimba Reyes ("Plaintiffs") to apprise the Court of recent events that impact this case including the initial Pretrial Conference calendared for April 14, 2016 and pre-motion letters submitted to the Court by Plaintiffs and Defendants on Defendants' intent to file a Fed. R. Civ. P. 12 motion. Specifically, two District Court lawsuits concerning the same subject matter of the instant case (5 oz. canned tuna labeling claims) have been filed in the Northern District of Illinois and Central District of California. A fourth lawsuit is expected to be filed in the Southern or Central District of California. Next, a 28 U.S.C. § 1407 motion to transfer the lawsuits to the Central District of California, or alternatively to the Northern District of Illinois, was filed with the United States Judicial Panel on Multidistrict Litigation. Defendants support the motion to transfer to the Central District of California and request a stay of the instant case pending the Judicial Panel's Order. Plaintiffs oppose a stay and the transfer motion. A more detailed summary of the status of these matters follows.

      The First Amended Complaint in this case was filed by Plaintiffs on January 29, 2016. On February 19, 2016, Defendants submitted a pre-motion letter in accordance with the Court's individual practice rules where Defendants provided their intent to file a Fed. R. Civ. P. 12 motion including the basis for the motion. *See* Rule 4(A). On February 24, 2016, Plaintiffs submitted a letter in response to Defendants' pre-motion letter. The parties have not been notified of any action by the Court on the matter.

## Buchanan Ingersoll & Rooney PC

Honorable Paul G. Gardephe, U.S.D.J.
April 1, 2016
Page - 2 -

On January 28, 2016, pursuant to the Court's "Bundling Rule," Plaintiffs served on Defendants a motion for the appointment of interim class counsel pursuant to Fed. R. Civ. P. 23(g). The motion was fully briefed and filed on February 18, 2016, and is still pending.

On February 26, 2016, Plaintiff, Kathy Aliano ("Aliano") filed a similar complaint against Defendant, Trader Joe's Company in the United States District Court for the Northern District of Illinois, bearing Case No. 16-cv-02623 (the "Illinois Action"). On February 26, 2016, Plaintiff, Amy Joseph ("Joseph") filed a similar complaint against Defendant, Trader Joe's Company in the United States District Court for the Central District of California, bearing Case No. 2:16 cv 01371 (the "California Case"). Subsequently, Trader Joe's received a California Consumer Legal Remedy Act 30-day Notice letter dated March 17, 2016 on behalf of Claimant, Christine Shaw, alleged to be a California consumer, who makes similar claims and is anticipated to file her lawsuit in California upon expiration of the 30-day notice period (the "Shaw Matter").

On March 15, 2016, Aliano filed a Motion for Coordination or Consolidation and Transfer pursuant to 28 U.S.C. §1407 (the "MDL Motion") before United States Judicial Panel on Multidistrict Litigation ("JPML") for the following cases to be consolidated and transferred to the Central District of California:

(1) The instant case: *Magier, et. al v. Trader Joe's Company, et. al*, Case No. 16-cv-00043 (S.D.N.Y.).

(2) The Illinois Action: *Aliano v. Trader Joe's Company*, Case No. 16-cv-02623 (N.D. Ill.); and,

(3) The California Action: *Joseph v. Trader Joe's Company*, Case No. 16-cv-0137 (C.D. Cal.).

The MDL Motion bears MDL No. 2711 (the "MDL Case"). We have enclosed a copy of the MDL Motion and related Notice of Filing and Publication of Briefing Schedule (the "Notice") for the Court's convenience.[1] Plaintiffs, Defendants, Aliano and Joseph have filed their respective Notices of Appearance in the MDL Case. Responses to the MDL Motion are due April 4, 2016, and we anticipate that the matter may be heard in Chicago, Illinois on May 26,

---

[1] We are unable to confirm whether Aliano filed copies of the MDL Motion with the Clerks of the Courts in which the respective actions are pending pursuant to JPML Rules of Procedure, R. 4.1(b).

# Buchanan Ingersoll & Rooney PC

Honorable Paul G. Gardephe, U.S.D.J.
April 1, 2016
Page - 3 -

2016, pursuant to the JPML's schedule. Joseph has filed a Response and Joinder in Support of the MDL Motion. We will keep the Court apprised as to all activity in the MDL Case.

Defendants anticipate filing papers joining in support of the MDL Motion for coordination or consolidation and transfer of all actions to the Central District of California. Accordingly, Defendants respectfully request that the instant case be stayed including the April 14, 2016 Pretrial Conference, submission of any joint letter and proposed Case Management Plan pursuant to the Court's Notice of Pretrial Conference, the Rule 12 motion and all discovery pending the JPML determination on the MDL Motion including JPML Orders. A temporary stay would serve judicial economy, promote the efficient resolution of this case, avoid the possibility of conflicting judicial determinations, and eliminate duplicative litigation. This will not prejudice Plaintiffs as this case is in its infancy, the JPML will render its Orders reasonably soon, and the risk of any unnecessary proceedings may be avoided in the meantime. It is submitted that the initial guidance from the JPML would be the most appropriate vehicle to address the conflicting positions of the parties with respect to this matter including Plaintiffs' contentions regarding 28 U.S.C. §1404. Defendants propose that they be ordered to submit a joint letter to the Court by June 1, 2016 to report on the status of the MDL case and any Orders by the JPML.

By contrast, Plaintiffs anticipate filing papers in opposition to the MDL Motion, on the basis that it is premature. First, there are only 3 cases presently on file that concern the alleged underfilling of Trader Joe's Tuna. Second, there is no indication that the parties to the MDL have attempted a transfer pursuant to 28 U.S.C. § 1404. *See In re: Gerber Probiotic Prods. Mktg. and Sales Practice Litig.*, 899 F. Supp. 2d 1378, 1379 (J.P.M.L. 2012) ("The panel has often stated that centralization under Section 1407 'should be the last solution after considered review of all other options.'"); *see also In re: Michaels Stores, Inc., Pin Pad Litig.*, 844 F. Supp. 2d 1368 (J.P.M.L. 2012) (holding that transfer pursuant to § 1404 should first be attempted, as centralization under § 1407 should be the last solution after review of other options); *In re: DollarTree Stores, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litig.*, 829 F. Supp. 2d 1376 (J.P.M.L. 2011) (same). Since Plaintiffs believe that the MDL Motion should be denied, Plaintiffs contend that staying this action would cause unnecessary delay for the putative class.

# Buchanan Ingersoll & Rooney PC

Honorable Paul G. Gardephe, U.S.D.J.
April 1, 2016
Page - 4 -

      Counsel for Plaintiffs and Defendants are available at the Court's discretion for a conference call in advance of the April 7, 2016 deadline to file papers on the currently scheduled April 14, 2016 Pretrial Conference Hearing to discuss the status of this case and the issues presented in this joint letter. We greatly appreciate your attention to this matter.

      Respectfully submitted,

| | |
|---|---|
| Stuart Slotnick | Scott Bursor |
| Jacqueline M. Weyand | Neal Deckant |
| Christopher Dalton | Joshua D. Arisohn |
| Robert Parks | Joseph Marchese |
| Keith Solar | Bursor & Fischer, P.A. |
| Buchanan Ingersoll & Rooney PC | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | *Sarah Magier and* |
| *Trader Joe's Company and* | *Atzimba Reyes* |
| *Trader Joe's East Inc.* | |

SPS/jmw
Enclosures (via hard copy only)

Honorable Paul G. Gardephe, U.S.D.J.
April 1, 2016
Page - 4 -

    Counsel for Plaintiffs and Defendants are available at the Court's discretion for a conference call in advance of the April 7, 2016 deadline to file papers on the currently scheduled April 14, 2016 Pretrial Conference Hearing to discuss the status of this case and the issues presented in this joint letter. We greatly appreciate your attention to this matter.

                          Respectfully submitted,

| Stuart Slotnick | Scott Bursor |
|---|---|
| Jacqueline M. Weyand | Neal Deckant |
| Christopher Dalton | Joshua D. Arisohn |
| Robert Parks | Joseph Marchese |
| Keith Solar | Bursor & Fischer, P.A. |
| Buchanan Ingersoll & Rooney PC | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | *Sarah Magier and* |
| *Trader Joe's Company and* | *Atzimba Reyes* |
| *Trader Joe's East Inc.* | |

SPS/jmw
Enclosures (via hard copy only)